UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PROPHETE AMILCAR,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Facility; DANIEL A. BRIGHTMAN, San Diego Field Office Director, U.S. Immigration and Customs Enforcement ("ICE"); DAVID J. VENTURELLA, Acting Director U.S. ICE; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Attorney General of the United States,

Respondents.

Case No.: 26-cv-6585-JES-GC

**ORDER:**

**(1) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS;**

**(2) SETTING BRIEFING SCHEDULE; and**

**(3) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**

**[ECF No. 1]**

Before the Court is Petitioner Prophete Amilcar's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on November 20, 2026. ECF No. 1.

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **Wednesday, November 25, 2026**. The Response shall include **any documents relevant to the determination of the issues raised in the Petition** and address whether an evidentiary hearing on the Petition is

necessary. Respondents **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner may file an optional Traverse in support of the Petition no later than 5:00 p.m. on **Monday, November 30, 2026**. After the Petition has been fully briefed, the Court will determine whether it is appropriate to take the matter under submission or if oral argument will be required.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases).

**IT IS SO ORDERED.**

Dated: November 20, 2026



Honorable James E. Simmons Jr.
United States District Judge